UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEVAZ MCCLAIN | CIVIL ACTION |
| VERSUS | NO. 19-1801 |
| SYSCO NEW ORLEANS, LLC, ET AL | SECTION: B (1) |

**O R D E R**

It having come to the Court's attention that Civil Action No. 19-3283, Section B (1), Deangelo Adams vs. Zurich American Insurance Company, is related to the above case, therefore,

IT IS ORDERED that the above matters are consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

New Orleans, Louisiana, this ___3rd___ day of April 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE